IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 14-50101-1 PHX SRB |
| Plaintiff, | ) | |
| vs. | ) | |
| Arnold James Begay, | ) | **ORDER** |
| Defendant. | ) | |

On August 14, 2015, Magistrate Judge Boyle issued a "Report and Recommendation." Magistrate Judge Boyle recommended that the District Court Judge accept the finding of violation of Special Conditions #13 and #24 of Defendant's supervised release as alleged in Allegations A and B of the Petition. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED adopting the Magistrate Judge's Report and Recommendation [Doc. 46].

IT IS FURTHER ORDERED finding the Defendant in violation of Special Conditions #13 and #24 of his supervised release terms as alleged in Allegations A and B of the Petition.

DATED this 9th day of September, 2015.

_____
Susan R. Bolton
United States District Judge