1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                         FOR THE DISTRICT OF ARIZONA
6
7    United States of America,              )
                                            )    No. CR 14-50101-1 PHX SRB
8                   Plaintiff,              )
                                            )
9    vs.                                    )
                                            )
10   Arnold James Begay,                    )
                                            )    **ORDER**
11                  Defendant.              )
                                            )
12   _____          )

13        On May 31, 2016, Magistrate Judge Boyle issued a Report and Recommendation.
14   Magistrate Judge Boyle recommended that the District Court Judge accept the finding of
15   violation of Special Conditions #1 and #12 of Defendant's supervised release.  No objections
16   have been filed pursuant to 28 U.S.C. § 636(b)(1).
17        Accordingly,
18        IT IS ORDERED finding the Defendant in violation of Special Conditions #1 and #12
19   of his supervised release terms.
20        IT IS FURTHER ORDERED adopting the Magistrate Judge's Findings [Doc. 75].
21                        DATED this 1st day of July, 2016.
22
23
24
25   _____
                  Susan R. Bolton
26             United States District Judge
27
28